AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Joshua Jeffrey Shull,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 6:25-cv-00008

The Department of Corrections (Georgia) and Rogers State Prison,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's April 16, 2025 Order, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, Plaintiff's complaint is dismissed without prejudice. This case stands closed.

5/15/2025
Date



John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020